1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   JERALD PETER D'SOUZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 09-131-MCE |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | DATE: July 16, 2009 |
| JERALD PETER D'SOUZA, | ) | TIME: 9:00 a.m. |
| | ) | JUDGE: Hon. Morrison C. England Jr. |
| Defendant. | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through MICHELLE RODRIGUEZ, Assistant U.S. Attorney, and defendant, GERALD PETER D'SOUZA by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Thursday, July 16, 2009 be continued to Thursday, August 13, 2009 at 9:00 a.m. for a status conference with possible a change of plea.

This continuance is being requested as the parties are working toward a resolution of this matter, but need additional time to finalize an agreement.

Speedy trial time is to be excluded from the date of this order through the date of the change of plea set for August 13, 2009

pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: July 9, 2009          Respectfully submitted,
                             DANIEL J. BRODERICK
                             Federal Defender

                             /S/ Benjamin Galloway
                             BENJAMIN GALLOWAY
                             Assistant Federal Defender
                             Attorney for Defendant
                             JERALD PETER D'SOUZA


DATED: July 9, 2009          LAWRENCE G. BROWN
                             Acting United States Attorney

                             /s/ Benjamin Galloway for
                             MICHELLE RODRIGUEZ
                             Assistant U.S. Attorney
                             Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including August 13, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: July 14, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE