1 DANIEL J. BRODERICK, Bar# 89424
Federal Defender
2 BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
3 801 I Street, 3rd Floor
Sacramento, California  95814
4 Telephone (916) 498-5700

5 Attorney for Defendant
JERALD PETER D'SOUZA

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,    )
                              )    Cr.S. 09-131-MCE
13               Plaintiff,   )
                              )    **STIPULATION AND ORDER**
14         v.                 )
                              )    DATE:  August 13, 2009
15 JERALD PETER D'SOUZA,       )    TIME:  9:00 a.m.
                              )    JUDGE: Hon. Morrison C. England Jr.
16               Defendant.   )
                              )
17 _____)

18    It is hereby stipulated and agreed to between the United States of

19 America through MICHELLE RODRIGUEZ, Assistant U.S. Attorney, and

20 defendant, JERALD PETER D'SOUZA by and through his counsel, BENJAMIN

21 GALLOWAY, Assistant Federal Defender, that the status conference set

22 for Thursday, August 13, 2009 be continued to Thursday, August 27, 2009

23 at 9:00 a.m. for a status conference and possible change of plea.

24    This continuance is being requested as the parties are working

25 toward a resolution of this matter, but need additional time to

26 finalize an agreement.

27    Speedy trial time is to be excluded from the date of this order

28 through the date of the status conference set for August 27, 2009

1   pursuant to 18 U.S.C. §§ 3161 (h)(7)(A)(B)(iv) [reasonable time to

2   prepare] (Local Code T4).

3

4   DATED: August 10, 2009      Respectfully submitted,
                            DANIEL J. BRODERICK

5                                       Federal Defender

6                                       /S/ Benjamin Galloway

7                                       BENJAMIN GALLOWAY
                            Assistant Federal Defender
                            Attorney for Defendant

8                                       JERALD PETER D'SOUZA

9

10   DATED: August 10, 2009      LAWRENCE G. BROWN
                            United States Attorney

11

12                                       /s/ Benjamin Galloway for
                            MICHELLE RODRIGUEZ

13                                       Assistant U.S. Attorney
                            Attorney for Plaintiff

14

15

16                            **O R D E R**

17     **IT IS SO ORDERED.**  Time is excluded from today's date through and

18   including August 27, 2009 in the interests of justice pursuant to 18

19   U.S.C. §3161(h)(7)(A)(B)(iv) [reasonable time to prepare] and Local

20   Code T4.

21

22

23   Dated: August 11, 2009

24

25   _____

26   MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE

27

28