BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, 10th Floor
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | ) No. 2:09-cr-00131-MCE |
|  | ) |
| Plaintiff, | ) |
|  | ) MOTION FOR EXTENTION OF TIME AND |
| v. | ) ORDER RE MODIFIED BRIEFING |
|  | ) SCHEDULE |
| JERALD PETER D'SOUZA, | ) |
|  | ) |
| Defendant. | ) |

On or about August 25, 2011, the United States received defendant's Federal Rule of Crim Procedure 11 motions (a) to dismiss the underlying indictment for supposed lack of subject matter jurisdiction and (b) to withdraw his guilty plea.  Fed. R. Crim. P. 23.  On September 29, 2011, this Court - via minute order – directed the United States to file a response on or before October 10, 2011. Fed. R. Crim. P. 24.

///

///

///

///

Motion for Extension of Time and Order     1

HEREBY, the United States respectfully moves for an approximate 60-day extension of time to file its response brief, namely to December 9, 2011.  This motion for extension of time is supported by the accompanying declaration of the undersigned federal prosecutor.

Dated: October 5, 2011                BENJAMIN B. WAGNER
                                      United States Attorney

                                               /s/Michelle Rodriguez
                                      by:_____
                                         MICHELLE RODRIGUEZ
                                         Assistant U.S. Attorney

**ORDER**

For the reasons set forth above and in the accompanying Declaration of AUSA Michelle Rodriguez, the Court enters the following briefing schedule regarding the above-referenced Fed. R. Crim. P. 11 motions:

(1)  United States' Response is due December 9, 2011; and

(2)  Defendant's Reply, if any, is due December 30, 2011.

IT IS SO ORDERED.

DATE:  October 7, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE