UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JERALD PETER DSOUZA,<br><br>　　　　　Defendant. | No.  2:09-CR-00131-MCE-CKD<br><br>**ORDER** |

　　　　The Court is in receipt of Defendant's Motion for Certificate of Appealability.  ECF No. 73.  The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253, and that Motion is DENIED.

　　　　IT IS SO ORDERED.

Dated:  February 27, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1